In the Matter of the. Transfer Tax upon the Estate of CATHERINE E. DALY, Deceased.

AMERICAN SOCIETY FOR THE PREVENTION OF CRUELTY TO ANIMALS, Appellant; THE COMPTROLLER OF THE STATE OF NEW YORK, Respondent.

*Matter of Daly*, 163 App. Div. 949, affirmed.
(Argued April 13, 1915; decided May 4, 1915.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered June 19, 1914, which affirmed an order of the New York County Surrogate's Court assessing a transfer tax upon property bequeathed by decedent to the American Society for the Prevention of Cruelty to Animals. The question involved is whether the bequest to the appellant is exempted from taxation by section 221 of the Transfer Tax Law, as amended by chapter 600 of the Laws of 1910, which·was in force at the date of the death of the testatrix. .

*George W. Wickersham* and *J. Mayhew Wainwright* for appellant.

*Schuyler C. Carlton*, *Alexander Otis* and *Lafayette B. Gleason* for respondent.

Order affirmed, with costs; no opinion.

Concur: WERNER, HISCOCK, CHASE, COLLIN, HOGAN, MILLER and CARDOZO, JJ.